**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02398-CMA-KLM

VICTOR RACZ,

    Plaintiff,

v.

SBLI USA MUTUAL LIFE INSURANCE COMPANY, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on November 29, 2012, it is

    ORDERED that Defendant's Motion for Summary Judgment (Doc. # 19) is GRANTED. It is

    FURTHER ORDERED that, while each party shall bear its own attorneys' fees, Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court in conformity with Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

    FURTHER ORDERED that this case is DISMISSED.

    Dated at Denver, Colorado on this  30th  day of November, 2012.

                                   FOR THE COURT:
                                   JEFFREY P. COLWELL, CLERK

                                   By: s/ Edward P. Butler
                                       Edward P. Butler
                                       Deputy Clerk